389 A.2d 695

Commonwealth v. Zirkle, Appellant.

Argued March 14, 1978. Allen H. Smith, for appellant; Sheryl Ann Dorney, Assistant District Attorney, with her John C. Uhler, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

389 A.2d 696

Commonwealth ex rel. Bonn v. Fritz, Appellant.

Argued March 14, 1978. E. Robert Elicker, II, for appellant; Virginia S. Criste, for appellee, Laird R. Bonn; William R. Bunt, for appellee, Perry County Child Care Service.

Order affirmed.

HOFFMAN, J., dissented to that part of order affecting daughter, Cindy D. Bonn.